# Rancaño Law
A PROFESSIONAL LAW CORPORATION

1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancano, SBN 121000
Attorneys for plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

—♦—

| | |
|---|---|
| CHRISTOPHER BRANDON; | Case No.: 2:17-CV-00668-JAM-EF |
| PLAINTIFF, | **JOINT STIPULATION FOR DISMISSAL AND ORDER** |
| V. | |
| ROLLINS INC.; AND DOES 1 THROUGH 100, INCLUSIVE, | |
| DEFENDANTS. | |

IT IS HEREBY STIPULATED by and between plaintiff Christopher Brandon and defendant Rollins Inc., through its counsel of record, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs of suit

Dated: August 14, 2018         Respectfully Submitted,
**RANCAÑO LAW**

**/s/ David C. Rancaño**
David C. Rancaño

Rancaño Law
A PROFESSIONAL LAW CORPORATION

1300 10th Street, Suite C
Modesto, California 95354
(209) 526-1101(FAX)
(209) 549-2000

-1-

**JOINT STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER**

| | |
|---|---|
| Dated: August 14, 2018 | Respectfully Submitted,<br>**JACKSON LEWIS, PC**<br><br>**/s/ Dale R. Kuykendall**<br>Dale R. Kuykendall |

### ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:

| | |
|---|---|
| Date: 8/17/2018 | /s/ John A. Mendez<br>John A. Mendez<br>United States District Court Judge |

Rancaño Law
A PROFESSIONAL LAW CORPORATION

1300 10th Street, Suite C
Modesto, California 95354
(209) 526-1101(FAX)
(209) 549-2000

-2-

**JOINT STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER**
C:\Users\hvine\Desktop\17cv668.o.81718.docx